IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC MARTIN MATTHEWS, | § | |
| Plaintiff, | § | |
| v. | § | 1:20-CV-371-RP |
| WARDEN S. MA'AT, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On December 2, 2020, the Court adopted in part United States Magistrate Judge Mark Lane's report and recommendation concerning Eric Martin Matthews's ("Matthews") Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. 1). (R. & R., Dkt. 19). In accordance with its partial adoption of the report and recommendation, the Court dismissed without prejudice Matthews's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on December 2, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE